1 | LINDBERGH PORTER, Bar No. 100091
2 | RICHARD H. RAHM, Bar No. 130728
    ALISON S. HIGHTOWER, Bar No. 112429
3 | LITTLER MENDELSON
    A Professional Corporation
4 | 650 California Street, 20th Floor
    San Francisco, CA 94108.2693
5 | Telephone: 415.433.1940

6 | Attorneys for Defendant
    WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL ADAME,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. CV 10-03196 EMC

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE**

Honorable Edward Chen
Courtroom 5

Date: July 6, 2012
Time: 10:30 a.m.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONF. DATE

Case No. CV 10-03196 EMC

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference, presently scheduled for July 6, 2012, be continued to September 14, 2012, or another date convenient for the Court. The continuance is requested to allow the parties to implement the agreed upon resolution of a tax withholding dispute that has held up dismissal of the case.

**IT IS SO STIPULATED.**

Dated: July 3, 2012  MCINERNEY & JONES

 */s/ Kevin J. McInerney*
Kevin J. McInerney
*Attorneys for Plaintiff*

Dated: July 3, 2012  LITTLER MENDELSON, P.C.

 */s/ Lindbergh Porter*
Lindbergh Porter
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: July 3, 2012

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:112893454.1 051995.1020

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONF. DATE

1.

Case No. CV 10-03196 EMC