1  LINDBERGH PORTER, Bar No. 100091
   RICHARD H. RAHM, Bar No. 130728
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAUL ADAME, | Case No.  CV 10-03196 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE** |
| v. | |
| WELLS FARGO BANK, N.A., | Honorable Edward Chen<br>Courtroom 5 |
| Defendant. | Date: July 6, 2012<br>Time: 10:30 a.m. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONF. DATE

Case No. CV 10-03196 EMC

1  IT IS HEREBY STIPULATED by and between the parties hereto, through
2  their respective counsel, that the Status Conference, presently scheduled for July 6, 2012, be
3  continued to September 14, 2012, or another date convenient for the Court. The continuance
4  is requested to allow the parties to implement the agreed upon resolution of a tax
5  withholding dispute that has held up dismissal of the case.

6  **IT IS SO STIPULATED.**

8  Dated: July 3, 2012        MCINERNEY & JONES

10   /s/ Kevin J. McInerney
    Kevin J. McInerney
    *Attorneys for Plaintiff*

12  Dated: July 3, 2012        LITTLER MENDELSON, P.C.

14   /s/ Lindbergh Porter
    Lindbergh Porter
    *Attorneys for Defendant*

16  **IT IS SO ORDERED.**

18  Dated: July __3__, 2012

19  THE HONORABLE EDWARD M. CHEN
    UNITED STATES DISTRICT COURT JUDGE

    IT IS SO ORDERED
    Judge Edward M. Chen

22  Firmwide:112893454.1 051995.1020

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONF. DATE    1.    Case No. CV 10-03196 EMC